IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISTIN BAUSCH,

   Plaintiff,

v.

                                     Case No. 23-cv-61-jdp

JACOB FROST, JASON HANSON,
EMILY WILSON, JANE JACOBS,
LISA BINA, NANCY HAACK,
JENNIFER COOKE and CRISCILDA
CHAIREZ,

   Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jacob Frost, Jason Hanson, Emily Wilson, Jane Jacobs, Lisa Bina, Nancy Haack, Jennifer Cooke and Criscilda Chairez and against plaintiff Kristin Bausch dismissing this case.

   /s/ Deputy Clerk                                            June 26, 2023
Joel Turner, Clerk of Court                             Date